■ In the Matter of ROBERT K. SULLIVAN, Appellant, against ANN J. SULLIVAN, Respondent.— In a proceeding in the Domestic Relations Court of the City of New York, Children's Court Division, County of Kings, the appeal is from an order, entered March 20, 1957 paroling the infant children of the parties to respondent under court supervision. Appeal dismissed, without costs. An appeal, in this case, lies only from a final order. (N. Y. City Dom. Rel. Ct. Act, § 58.) The appeal here is not from a final order. In any event, we have examined the merits and if we did not dismiss we would affirm. Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ., concur.

■ ELIZABETH KEGEL, as Administratrix of the Estate of WALTER KEGEL, Respondent, v. IRA S. BUSHEY & SONS, INC., Appellant.— In an action to recover damages for wrongful death and for conscious pain and suffering, the appeal is from an order denying a motion to dismiss the complaint for lack of prosecution on condition that respondent file a note of issue for the next available term. Respondent complied with that condition. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Hallinan and Kleinfeld, JJ., concur. Wenzel and Ughetta, JJ., dissent and vote to reverse the order and to grant the motion, with the following memorandum: In our opinion respondent unreasonably delayed in prosecuting this action. The excuse offered is inadequate and untenable.

■ STANLEY KOZUCH et al., Respondents, v. WALTER J. FREY et al., Appellants.— In an action to recover possession of real property, the appeal is (1) from a judgment entered after inquest in favor of the respondents upon a default in appearance and in pleading, and (2) from an order denying, without a hearing, appellants' motion to vacate said judgment, despite the contention by the appellant Lillian Frey that she was never served with process. Appeal from judgment dismissed, without costs. No appeal lies from a default judgment. Order affirmed, without costs. The record justifies the determination of Special Term that both appellants were served with process and that their default was deliberate. Wenzel, Ughetta, Hallinan and Kleinfeld, JJ., concur; Nolan, P. J., concurs in the dismissal of the appeal from the judgment and in the affirmance of the order as to appellant Walter J. Frey, but dissents from the affirmance of the order as to appellant Lillian Frey, and votes to reverse the order as to said appellant and to remit the motion to the Special Term for the purpose of holding a hearing to determine whether said appellant was duly served with process.

■ JAMES LANDT, an Infant, by His Guardian ad Litem, JOHN M. LANDT, et al., Respondents, v. KINGSWAY EQUIPMENT LEASING CORP. et al., Appellants. — In an action to recover damages for injuries to person and property and for medical expenses and loss of services, the appeal is from an order setting aside a jury verdict in favor of appellants and directing a new trial. Order unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ.

■ PATRICIA LIEGEY et al., Respondents, v. JAMES H. NOLAN, Appellant. JAMES H. NOLAN, Appellant, v. GABRIEL M. LIEGEY, JR., Respondent.— In a consolidated action to recover damages for injuries to person and property and for medical expenses and loss of services, the appeal is from a judgment entered on a jury verdict in favor of respondents. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ.